AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-cr-185-SEB-DML-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| TYWUAN JONES | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE. Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). In the motion, Defendant asks the Court to appoint counsel to represent him. On its face, Defendant's motion does not show that he is entitled to compassionate release under § 3582(c)(1)(A) or that the interests of justice support appointing counsel at this time. Accordingly, his motion, dkt. [77], is **denied without prejudice**.

If Defendant wishes to renew his motion, he may do so by completing and returning the attached form motion. (Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (Pro Se Prisoner)). If Defendant renews his motion, he must explain: (1) when he contracted COVID-19; (2) whether he has recovered from COVID-19; and (3) if

he has not recovered from COVID-19, what symptoms he is currently experiencing and how they impact his ability to engage in daily activities.

☐ OTHER:

IT IS SO ORDERED.

Date: 1/28/2021

*Sarah Evans Barker* (signature)

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tywuan Jones
Reg. No. 17022-028
FCI Greenville
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

All Electronically Registered Counsel